UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBIN SPURLOCK and
ROMEO LAGONOY,

    Plaintiffs,

vs                                          Case No: 06-15251
                                          Honorable Victoria A. Roberts
MARK RAJT, BRUCE GOWER
and Southern Michigan Insurance
Company, Jointly and Severally,

    Defendants,
_____/

## JUDGMENT

Consistent with the Court's Order filed on July 23, 2007; **IT IS ORDERED** that Judgment is entered in favor of Defendants.

Dated at Detroit, Michigan on July 23, 2007.

                                                      David J. Weaver
                                                      Clerk of the Court

Approved:

                                                        BY:  /s/ Linda Vertriest


    **/s/Victoria A. Roberts**
Victoria A. Roberts
United States District Judge